United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **DANNI NAHUN MARTINEZ GARCIA,** | § |
| *Petitioner*, | § |
| VS. | § CIVIL ACTION NO. 4:26-CV-0560 |
| **BRET BRADFORD, et al.,** | § |
| *Defendant.* | § |

## ORDER

Petitioner Danni Nahun Martinez Garcia has informed the Court that due to a change in circumstances, he no longer wishes to pursue habeas relief before this Court. ECF No. 12. Accordingly, his Petition (ECF No. 1) is **DENIED** and the Government's Motion for Summary Judgment (ECF No. 6) is **DENIED** as moot. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 27th day of February, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE